IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CORNELIUS TILLMAN,
    Plaintiff,

vs.                                     Case No.: 5:06cv253/RS/EMT

DR. HAROLD PARKER, et al.,
    Defendants.
_____/

## ORDER

    Plaintiff, a prisoner, commenced this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). Plaintiff also filed a Motion to Proceed in Forma Pauperis (Doc. 2).

    Plaintiff failed to provide the requisite supporting documentation for his motion to proceed in forma pauperis, specifically, a prisoner consent form and financial certificate with an attached copy of his trust fund account statement covering the six month period preceding the filing of the complaint. Therefore, the motion will be denied without prejudice to Plaintiff's refiling a complete motion with the required supporting documentation.

    Accordingly, it is **ORDERED**:

    1.    Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 2) is **DENIED without prejudice**.

    2.    The clerk is directed to forward to Plaintiff a form application to proceed in forma pauperis for use by prisoners and a prisoner consent form and financial certificate approved for use in the Northern District. This case number shall be written on the form.

    3.    Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite prisoner consent form and financial certificate, including an attached computer printout

of the transactions in his prison account for the preceding six month period..

    4.    Plaintiff's failure to comply with this order may result in a recommendation of dismissal of this action.

    **DONE AND ORDERED** this <u>3rd</u> day of January 2007.

    <u>*/s/ Elizabeth M. Timothy*</u>
    **ELIZABETH M. TIMOTHY**
    **UNITED STATES MAGISTRATE JUDGE**